NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SCOTT A. ANDREWS,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D17-3719
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____ )

Opinion filed February 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; William D. Sites,
Judge.

PER CURIAM.

          Affirmed.  See Jones v. State, 569 So. 2d 1234 (Fla. 1990).

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.